# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4159
_____

NICOLA T. HOLLEY, Former Wife,

Appellant,

v.

MARCUS W. HOLLEY, Former
Husband,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

August 2, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William S. Graessle and Jonathan W. Graessle, of William S. Graessle, P.A., Jacksonville, for Appellant.

Alexa K. Alvarez of Alvarez & Wallace, P.A., Fernandina Beach, for Appellee.